STEPHEN C. RUEHMANN (167533)
*steve@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 449-3939

Attorney for Defendant
Christopher Beck Crosby

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re:<br><br>CHRISTOPHER BECK CROSBY and<br><br>TANA MARIE CROSBY,<br><br>        Debtors.<br>_____<br><br>JAIME SANDOVAL and MARY<br><br>SANDOVAL,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>        Defendant.<br>_____ | Case No:  13-27293<br>Adv. No:  13-02306<br><br>SCR-2<br><br>**DEFENDANT CHRISTOPHER BECK CROSBY'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>**Hon. Ronald H. Sargis** |

While Defendant provided his Initial Disclosure to counsel for Plaintiffs on April 17, 2014, he submits this statement of non-opposition to Plaintiffs' Motion to Compel pursuant to Local Rule 230(c).

Respectfully submitted.

Dated: April 17, 2014                                          **RUEHMANN LAW FIRM, P.C.**


                                                               **/s/ Stephen C. Ruehmann**
                                                               Stephen C. Ruehmann, Esq.
                                                               Attorney for Defendant
                                                               CHRISTOPHER BECK CROSBY