


**FILED**

APR 2 8 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHRISTOPHER BECK CROSBY and<br>TANA MARIE CROSBY,<br><br>        Debtors.<br><br>_____<br><br>JAIME SANDOVAL and<br>MARY SANDOVAL,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>        Defendant.<br>_____ | Case No. 13-27293-E-7<br><br><br><br><br><br><br><br><br>Adv. Proc. No. 13-2306<br>Docket Control No. SG-3 |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S INITIAL DISCLOSURES AND FOR SANCTIONS**

The Motion to Compel filed by the Plaintiffs having been presented to the court; Findings of Fact and Conclusions of Law being stated in the Civil Minutes for the hearing; upon review of the pleadings, evidence, arguments of counsel; and good cause appearing,

**IT IS ORDERED** that the Motion to Compel Defendant's Initial Disclosures pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7037 is granted and all initial disclosures shall be made on or

before **May 1, 2014**.

**IT IS FURTHER ORDERED** that Defendant pay $375.00 to Plaintiffs, representing Plaintiffs' reasonable and necessary expenses in bringing the instant Motion to Compel Initial Disclosures, by **May 15, 2014**.

Dated: April 28, 2014

_____
RONALD H. SARGIS, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

**Debtor**(s), **Attorney for the Debtor**(s), **Bankruptcy Trustee** (if appointed in the case), **and** __XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Sean Gavin
3841 North Freeway Blvd., #185
Sacramento, CA 95834