

1  Robert C. Bowman Jr., (SBN: 232388)
   THE LAW OFFICE OF BOWMAN & ASSOCIATES
2  *A Professional Corporation*
   3841 North Freeway Blvd., Suite 185
3  Sacramento, California 95834
   T: 916.923.2800
4  F: 916.923.2828
5  E: robert@bowmanandassoc.com

6  Attorneys for Plaintiffs
7  JAIME and MARY SANDOVAL

**FILED AUG 2 1 2014**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRISTOPHER BECK CROSBY AND TANA MARIE CROSBY,<br><br>Debtors.<br>_____<br>JAIME SANDOVAL and MARY SANDOVAL,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>Defendant. | Case No.: 13-27293<br><br>Adversary Case No.: 13-2306<br><br>Chapter No.: 7<br><br><s>CONSENT ORDER GRANTING</s> SUBSTITUTION OF ATTORNEY |

NOTICE IS HEREBY GIVEN that, subject to approval of the court, Plaintiff, JAIME SANDOVAL substitutes in place of Robert C. Bowman, Jr. THE LAW OFFICE OF BOWMAN & ASSOCIATES.

Contact information for Plaintiff, JAIME SANDOVAL is as follows:

   Address: 4981 Breese Circle, El Dorado Hills, CA 95762

   Telephone: (916) 717-2762

   E-mail: jaz.sandoval@att.net

---

RECEIVED
August 21, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005302507

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | |
| 3 | Date: 8\21\2014 |
| | _____ |
| | Jaime Sandoval, Plaintiff In Pro Per |
| 4 | |
| 5 | |
| 6 | Date: 8\21\2014 |
| | _____ |
| 7 | Robert C. Bowman, Jr. (SBN: 232388) |
| | The Law Office of Bowman & Associates |
| 8 | Former Attorney |

~~ORDER~~

The substitution of attorney is hereby approved.

IT IS SO ORDERED.

Dated: _____

RONALD H. SARGIS, JUDGE
UNITED STATES DISTRICT COURT