FILED

AUG 26 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHRISTOPHER BECK CROSBY and<br>TANA MARIE CROSBY,<br><br>    Debtors.<br>_____<br><br>JAIME SANDOVAL and<br>MARY SANDOVAL,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>    Defendant.<br>_____ | Case No.  13-27293-E-7<br><br><br><br><br><br><br><br>Adv. Proc. No. 13-2306<br>Docket Control No. RHS-1<br><br>Date: August 28, 2014<br>Time: 1:30 p.m.<br>Dept: E |

**ORDER SETTING HEARING ON SUBSTITUTION OF ATTORNEY**

**IT IS ORDERED** that the Plaintiffs' application for substitution of attorney is set for hearing on **August 28, 2014, at 1:30 p.m.** in the United States Courthouse, 501 I Street, Sixth Floor, Sacramento, California.

Dated: August 26, 2014

/s/ Ronald H. Sargis
RONALD H. SARGIS, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ✔ , via the U.S. mail.

   **Debtor**(s), **Attorney for the Debtor**(s), **Bankruptcy Trustee** (if appointed in the case), **and**   XX    Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814


ALL PARTIES IN INTEREST IN ADVERSARY PROCEEDING

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities at the addresses shown below or on the attached list.

Sean Gavin
3947 Lennane Drive, Suite 120
Sacramento, CA 95834

Christopher Beck Crosby
513 Fort Rock Ct.
Folsom, CA 95630

Stephen C. Ruehmann
770 L Street, Suite 950
Sacramento, CA 95814

Tana Marie Crosby
513 Fort Rock Ct.
Folsom, CA 95630

John Bell
PO Box 950
Woodbridge, CA 95258

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATED: 8·26·14    By: _____
                     Deputy Clerk
                     Elizabeth O'Neal

EDC 3-070 (Rev. 6/28/10)