Case 13-02306    Filed 10/14/14    Doc 47

This document is being processed by the court and will be available soon.

If you see this message for more than 10 minutes please contact the Help Desk at (916) 930-4460, (855) 542-0992 or by email at caeb_helpdesk@caeb.uscourts.gov