# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Sandoval et al v. Crosby | **Case No :**<br>**Adv No :**<br>**Date :**<br>**Time :** | 13–27293 – E – 7<br>13–02306 – E<br>10/15/2014<br>02:30 |

| **Matter :** | Status Conference – [1] – SEE AMENDED COMPLAINT FILED 9/12/14 (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)) (91 (Declaratory judgment)) : Complaint 13–02306 by Jaime Sandoval, Mary Sandoval against Christopher Beck Crosby. Fee $293 (svim) Modified on 10/2/2013 (svim). Modified on 9/15/2014 (msam). |
|---|---|

| **Judge :**<br>**Department :** | Ronald H. Sargis<br>E | **Courtroom Deputy :**<br>**Reporter :** | Janet Larson<br>Diamond Reporters |
|---|---|---|---|

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney – Sean Gavin
**Respondent(s) :**
(by phone)    Defendant's Attorney – Stephen C. Ruehmann

HEARING CONTINUED TO: 12/3/14 at 02:30 PM

The hearing was continued for the following reason(s):

Plaintiffs Atty: Sean Gavin
Defendants Atty: Stephen C. Ruehmann

Adv. Filed: 9/30/13
Answer: 11/1/13

Amd Cmplt Filed: 9/12/14
Answer: none

Nature of Action:
Dischargeability – false pretenses, false representation, actual fraud
Dischargeability – willful and malicious injury
Declaratory judgment

The Status Conference is continued to 2:30 p.m. on December 3, 2014. Defendant shall file and serve responsive pleading on or before October 30, 2014.
Notes:

Pretrial Conference continued from 8/28/14 to determine if any further discovery is proper.

[SCR–3] Order granting in part and denying in part Motion for Summary Judgment filed 8/29/14 [Dckt 41]

Amended Complaint with jury demand filed 9/12/14 [Dckt 42]

Consent Order Granting Substitution of Attorney filed 9/17/14 [Dckt 43]

OCTOBER 15, 2014 STATUS CONFERENCE

On September 12, 2015 an Amended Complaint was filed. Dckt. 42. No certificate of service has been filed.