# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Sandoval et al v. Crosby | **Case No :**<br>**Adv No :**<br>**Date :**<br>**Time :** | 13-27293 – E – 7<br>13-02306 – E<br>10/15/14<br>2:30 |

**Matter :** [1] – SEE AMENDED COMPLAINT FILED 9/12/14 (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)) (91 (Declaratory judgment)) : Complaint 13-02306 by Jaime Sandoval, Mary Sandoval against Christopher Beck Crosby. Fee $293 (svim) Modified on 10/2/2013 (svim). Modified on 9/15/2014 (msam).

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
   Plaintiff's Attorney – Sean Gavin
**Respondent(s) :**
   Defendant's Attorney – Stephen C. Ruehmann

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Status Conference having been conducted by the court, and upon review of the pleadings, evidence, arguments of counsel, the stipulation for a deadline for Defendant filing a responsive pleading to the First Amended Complaint, and good cause appearing,

IT IS ORDERED that the Status Conference is continued to 2:30 p.m. on December 3, 2014.

IT IS FURTHER ORDERED that Christopher Beck Crosby, Defendant, shall file a responsive pleading to the First Amended Complaint on or before October 30, 2014.

Dated: October 20, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court