```
                           United States Bankruptcy Court
                            Eastern District of California
Sandoval,
         Plaintiff                                                    Adv. Proc. No. 13-02306-E
Crosby,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: msam             Page 1 of 1             Date Rcvd: Oct 21, 2014
                              Form ID: pdf021        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2014.
```
aty            +Sean Gavin,    3947 Lennane Drive, Suite 120,    Sacramento, CA 95834-1971
aty            +Stephen C. Ruehmann,    770 L Street, Suite 950,    Sacramento, CA 95814-3361
def            +Christopher Beck Crosby,    513 Fort Rock Ct.,    Folsom, CA 95630-7196
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
               +E-mail/Text: jbell.usbktrustee@yahoo.com Oct 22 2014 02:44:37      John Bell,   PO Box 950,
                 Woodbridge, CA 95258-0950
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2014 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Sandoval et al v. Crosby | **Case No :** | 13–27293 – E – 7 |
| | | **Adv No :** | 13–02306 – E |
| | | **Date :** | 10/15/14 |
| | | **Time :** | 2:30 |

**Matter :** [1] – SEE AMENDED COMPLAINT FILED 9/12/14 (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)) (91 (Declaratory judgment)) : Complaint 13–02306 by Jaime Sandoval, Mary Sandoval against Christopher Beck Crosby. Fee $293 (svim) Modified on 10/2/2013 (svim). Modified on 9/15/2014 (msam).

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
   Plaintiff's Attorney – Sean Gavin
**Respondent(s) :**
   Defendant's Attorney – Stephen C. Ruehmann

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Status Conference having been conducted by the court, and upon review of the pleadings, evidence, arguments of counsel, the stipulation for a deadline for Defendant filing a responsive pleading to the First Amended Complaint, and good cause appearing,

IT IS ORDERED that the Status Conference is continued to 2:30 p.m. on December 3, 2014.

IT IS FURTHER ORDERED that Christopher Beck Crosby, Defendant, shall file a responsive pleading to the First Amended Complaint on or before October 30, 2014.

Dated: October 20, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court