STEPHEN C. RUEHMANN (167533)
*steve@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
770 L Street, Suite 950
Sacramento, CA 95814
(916) 449-3939

Attorney for Debtor-Defendant
Christopher Beck Crosby

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re:<br><br>CHRISTOPHER BECK CROSBY and<br><br>TANA MARIE CROSBY,<br><br>　　　　Debtors.<br><hr>JAIME SANDOVAL and MARY<br><br>SANDOVAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>　　　　Defendant. | Case No: 13-27293<br>Adv. No: 13-02306<br><br>SCR-6<br><br>**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**<br><br>**Date: August 28, 2014**<br>**Time: 1:30 p.m.**<br>**Sixth floor, Courtroom 33**<br><br>**Hon. Ronald H. Sargis** |

　　　　Defendant-Debtor Christopher Beck Crosby ("Defendant") hereby moves to dismiss Plaintiffs' First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure § 12(b)(6). Defendant's Motion is made on the following grounds:

　　　　(1) Plaintiffs' FAC fails to state claims on which relief can be granted;

1
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))

(2) Defendant is entitled to judgment as a matter of law;

(3) Plaintiffs have failed to adequately plead their claim under 11 U.S.C. § 523(a)(2) as they have not alleged facts which, if accepted as true, would establish that (A) Defendant knowingly made a false statement of material fact, (B) with the intention to defraud Plaintiffs, and (C) that Plaintiffs reasonably relied upon any statement made by Defendant;

(4) Plaintiffs have failed to adequately plead their claim under 11 U.S.C. § 523(a)(6) as they have not alleged facts which, if accepted as true, would establish that Defendant willfully and maliciously injured them.

Plaintiffs' FAC fails for the same reasons their initial Complaint failed on Defendant's prior motion for judgment on the pleadings [Doc27]. Accordingly, and for the reasons set forth in Defendant's Memorandum of Points and Authorities served and filed in support of this Motion, Defendant seeks:

(1)  an Order dismissing the FAC;

(2)  judgment in his favor on all of Plaintiffs' claims; and

(3)  costs of suit herein.

Dated:  October 30, 2014				Respectfully,

*/s/ Stephen C. Ruehmann*
Stephen C. Ruehmann, Esq.
Attorney for Debtor-Defendant Christopher Beck Crosby