| | |
|---|---|
| 1 | STEPHEN C. RUEHMANN (167533) |
| 2 | *steve@ruehmannlawfirm.com*<br>**RUEHMANN LAW FIRM, P.C.** |
| 3 | 770 L Street, Suite 950<br>Sacramento, CA 95814 |
| 4 | (916) 449-3939 |
| 5 | Attorney for Defendant<br>Christopher Beck Crosby |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | | |
|---|---|---|
| In re: | ) | Case No: 13-27293 |
| | ) | Adv. No: 13-02306 |
| CHRISTOPHER BECK CROSBY and | ) | |
| | ) | SCR-6 |
| TANA MARIE CROSBY, | ) | |
| | ) | **NOTICE OF HEARING ON** |
| Debtors. | ) | **DEFENDANT'S MOTION TO DISMISS** |
| | ) | **PLAINTIFFS' FIRST AMENDED** |
| | ) | **COMPLAINT FOR FAILURE TO** |
| | ) | **STATE A CLAIM ON WHICH RELIEF** |
| | ) | **CAN BE GRANTED** |
| JAIME SANDOVAL and MARY | ) | |
| SANDOVAL, | ) | **Date: December 11, 2014** |
| | ) | **Time: 1:30 p.m.** |
| Plaintiffs, | ) | **Sixth floor, Courtroom 33** |
| | ) | |
| v. | ) | |
| | ) | **Hon. Ronald H. Sargis** |
| CHRISTOPHER BECK CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant's Motion to dismiss Plaintiffs' first amended complaint for failure to state a claim on which relief can be granted under FRCP 12(b)(6) will be heard by the Honorable Ronald H. Sargis at 1:30 pm on December 11, 2014 in Courtroom 33

1

NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)).

(sixth floor) of the United States Bankruptcy Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814.  Your opposition papers to this Motion must be filed no less than 14 days prior to the hearing date to be considered.

Dated:  October 30, 2014                                        Respectfully,

*/s/ Stephen C. Ruehmann*
Stephen C. Ruehmann, Esq.
Attorney for Defendant CHRISTOPHER BECK CROSBY

NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)).