STEPHEN C. RUEHMANN (167533)
*steve@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
770 L Street, Suite 950
Sacramento, CA 95814
(916) 449-3939

Attorney for Defendant
Christopher Beck Crosby

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re:<br><br>CHRISTOPHER BECK CROSBY and<br><br>TANA MARIE CROSBY,<br><br>　　　　Debtors.<br><br>_____<br><br>JAIME SANDOVAL and MARY<br><br>SANDOVAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BECK CROSBY,<br><br>　　　　Defendant.<br><br>_____ | Case No:  13-27293<br>Adv. No:   13-02306<br><br>SCR-6<br><br>**PROOF OF SERVICE**<br><br><br>**Hon. Ronald H. Sargis** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

　　I, Stephen C. Ruehmann, declare as follows: I am employed within Sacramento County, I am over the age of eighteen years old and am not a party within entitled action; my business address is 770 L Street, Suite 950, Sacramento CA 95814.

On October 30, 2014, I served the following documents:

**Defendant's Motion to Dismiss for Failure to State a Claim On Which Relief Can Be Granted**

**Memorandum of Points and Authorities In Support of Defendant's Motion to Dismiss for Failure to State a Claim On Which Relief Can Be Granted**

**Notice of Hearing on Defendant's Motion to Dismiss for Failure to State a Claim On Which Relief Can Be Granted**

On the interested parties in this action as stated on the attached service list:

     X     By email to *sean@foosgavinlaw.com*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2014, at Sacramento, California.

|    Stephen Ruehmann    | */s/ Stephen Ruehmann* |
|---|---|
| (Type or print name) | (Signature) |

1
2
3
4
5

## SERVICE LIST

*Jaime Sandoval and Mary Sandoval v. Christopher Beck Crosby*
U.S. Bankruptcy Court, Eastern Dist. Of California, Case No: 13-27293, Adv. No: 13-02306

6
7
8

**FOOS GAVIN LAW FIRM, P.C.**
**Sean Gavin**
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
*sean@foosgavinlaw.com*
Counsel for Plaintiffs Jaime Sandoval and Mary Sandoval

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28